**United States District Court**
**Eastern District of Tennessee**

United States of America )
)
        vs. )
)

**CASE NO. 1:11-cr-102-003**

Ollie Frizzell

## MEMORANDUM AND ORDER

This action came to the attention of the undersigned on Tuesday, June 12, 2012, through a conversation with U. S. Probation Officer, Anthony Green, recommending the defendant's pretrial conditions of release be modified.

Having considered the matter, the previous Order setting the defendant's conditions of release are **MODIFIED** as follows:

The defendant shall not operate a motor vehicle while under the influence of any prescription medications that may alter her judgement, response time, or causes impairment.

All of the other conditions of release from custody as set forth in the Court's Order Setting Conditions of Release of December 5, 2011, remain in full force and effect.

      **SO ORDERED.**

      **ENTER.**    **June 12, 2012**

                                  **United States Magistrate Judge**
                                    **William B. Mitchell Carter**